**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AFFORDABLE HOUSING GROUP, INC.,

Plaintiff,

v. Case No. 6:23-cv-495-RBD-DCI

FLORIDA HOUSING AFFORDABILITY, INC.,

Defendant.

---

**ORDER**

On referral in this breach of contract case, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation stating that the Court should grant Plaintiff's motion for appellate attorney fees in part. (Doc. 81 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 81) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.
2. Plaintiff's motion for appellate attorney fees (Doc. 66) is **GRANTED IN PART** to the extent that Plaintiff is entitled to appellate attorney

fees. In all other respects, Plaintiff's motion is **DENIED**.

3. Plaintiff is **DIRECTED** to file a separate motion on the amount of appellate attorney fees to allow the Court to address the reasonableness of the request.

4. Plaintiff's motion for determination of entitlement to appellate attorney fees (Doc. 70) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 10, 2026.

ROY B. DALTON, JR.
United States District Judge